questions are answered in the negative, and the decision of the United States Air Force Court of Criminal Appeals is affirmed.

No. 15–0377/NA. U.S. v. Nestor L. Suazo–Lopez. CCA 201300463. On consideration of the petition for grant of review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> THE CONVENING AUTHORITY ISSUED AN INSTRUCTION THAT LIMITED COURT–MARTIAL MEMBERS NOMINATIONS TO PERSONNEL IN PAY–GRADES OF E–6 AND ABOVE. THE LOWER COURT ASSUMED THIS SYSTEMATIC EXCLUSION OF PERSONNEL WAS ERROR, BUT HARMLESS. SHOULD THIS COURT SET ASIDE APPELLANT'S CONVICTIONS PURSUANT TO *UNITED STATES v. KIRKLAND* DUE TO THE UNRESOLVED APPEARANCE OF UNFAIRNESS?

No briefs will be filed under Rule 25.

No. 14–0010/AF. United States v. Rafael Verdejo–Ruiz. CCA 37957. On consideration of Appellant's motion to attach documents and motion for leave to file an additional supplement to the petition pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), it is ordered that said motions are hereby denied.

No. 15–0011/AF. United States v. Joshua K. Plant. CCA 38274. On consideration of the motions filed by Scott C. Idleman, Esq., Marquette University Law School, to allow the appearance of a law student, to appear as Amicus Curiae, and to submit oral argument, it is ordered that said motions are hereby granted. Amicus Curiae will be allotted 10 minutes to present oral argument.

No. 15–0260/AF. U.S. v. Andrew P. Witt. CCA 36785. Appellant's second motion to extend time to file a brief is hereby granted to April 24, 2015.

No. 15–0268/AF. U.S. v. Robert A. Hudson. CCA S32167. Appellant's motion to supplement the record is denied.

Thursday, March 26, 2015